# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANLEY J. WOMACK

VERSUS

ELIZABETH WOMACK

NO.  2019 CW 1126

**AUGUST 29, 2019**

---

In Re:   Stanley J. Womack, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-14365.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT    NOT    CONSIDERED.** Relator    failed    to    provide documentation that the writ application was timely filed under Rules 4-2 and 4-3 of the  Uniform Rules of Louisiana Courts of Appeal, including but not limited to a copy of the judgment, order or ruling complained of, a copy of the notice of mailing of such judgment, order or ruling and a copy of the filed notice of intent and return date, also in violation of Rules 4-5(C)(6) and (11).   In addition, relator also failed to include a complete copy of each pleading on which the judgment, order or ruling was founded, including attachments to the pertinent pleading and the petition, a copy of any opposition and attachments thereto or a statement that no opposition was filed, a copy of the judge's reasons for judgment, order or ruling (if written) and a copy of pertinent court minutes, in violation of Rules 4-5(C)(7), (8), (9) and (10) of the Uniform Rules of Louisiana Courts of Appeal. Relator also failed to include the affidavit required by Rule 4-5(A) of the Uniform Rules of Louisiana Courts of Appeal.   Relator also exceeded the page limitation for the memorandum in support of the writ application set   forth   in   Rule   2-12.2(D),   made   applicable   to   writ applications by Rule 4-5(C)(5) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation   of   this   writ   application   and/or   an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this   court,   it   must   contain   all   pertinent   documentation, including   documentation   to   show   that   the   original   writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must be filed on or before September 13, 2019, and must contain a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT